IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CALEB THOMPSON                                                        PLAINTIFF

             v.                    Civil No. 06-3060

EATON CORPORATION                                                    DEFENDANT


### O R D E R

NOW on this 4th day of June, 2007, the above referenced matter comes on for a telephone conference call concerning the following pending motions of the plaintiff: **Motion to Continue** (document #21); **Second Motion for Leave to Amend Complaint** (document #22); and, **Motion for Abeyance of the Summary of Judgment** (document #23).  Based on the pleadings of the parties and the representations of counsel, the Court finds and orders as follows:

1.  The **Motion to Continue** (document #21) should be, and it hereby is, **granted.**  An amended scheduling order will be issued by this court at a later time.

2.  The **Second Motion for Leave to Amend Complaint** (document #22) should be, and it hereby is, **granted.**  The plaintiff is further ordered to file his amended pleading within ten (10) days from the date of this order.

3.  The **Motion for Abeyance of the Summary of Judgment** (document #23) should be, and it hereby is **denied.**

**IT IS SO ORDERED.**


                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE